# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

DONNELL BOKS

**WARRANT FOR ARREST**

CASE NUMBER: 00-6047

CR-ZLOCH
MAGISTRATE JUDGE
SELTZER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DONNELL BOKS__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to import controlled substances, importation of cocaine and marijuana

in violation of Title 21 United States Code, Section(s) __841, 952__
in violation of Title 18 United States Code, Section(s) __2__

CLARENCE MADDOX                          COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                   Title of Issuing Officer

_(signature)_                             02/29/00     FORT LAUDERDALE, FLORIDA
Signature of Issuing Officer              Date and Location

                                          LURANA S. SNOW
Bail fixed at $ PRETRIAL DETENTION Requested by CHIEF UNITED STATES MAGISTRATE JUDGE
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

DEFENDANT'S NAME: __DONNELL BOKS__

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____