# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )  CASE NUMBER: CR ZLOCH / 00-6047
      Plaintiff )
       )
    -vs- )  REPORT COMMENCING CRIMINAL
       )  ACTION
Buks, Donnell )
      Defendant    SS220-ccy

FILED by __ D.C. MAR -1 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. FLA. FT. LAUD.

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. DISTRICT COURT    (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 3/1/00 @ 0935 (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 21 USC-841 - possess w/I to Distribute
21 USC 952 - Importation /p

(4) UNITED STATES CITIZEN: (X) YES  ( ) NO  ( ) UNKNOWN

(5) DATE OF BIRTH: 10/3/58

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[X] INDICTMENT  [ ] COMPLAINT  CASE # CR-ZLOCH-00-6047
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: SDF
COPY OF WARRANT LEFT WITH BOOKING OFFICER? [X] YES  [ ] NO

AMOUNT OF BOND: $_____  WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 3/1/00    (9) ARRESTING OFFICER S/A K. Lockhad

(10) AGENCY U.S.C.S    (11) PHONE # 954.356.7238 x138

(12) COMMENTS _____