## COURT MINUTES

**CHIEF U. S. MAGISTRATE JUDGE LURANA S. SNOW - FT. LAUDERDALE, FLORIDA**

DEFT: DONNELL BOKS (surr)    CASE NO: 00-6047-CR-ZLOCH
AUSA: MICHAEL DITTOE  *pres*    ATTY: Harold Keefe (temp)
AGENT: CUSTOMS    VIOL: 21:963; 952; 846
PROCEEDING I/A ON SEALED INDICT.    RECOMMENDED BOND PTD $200,000 PSB
BOND HEARING HELD - yes/no    COUNSEL APPOINTED $100,000 10%

_____ BOND SET @ _____

_____ SPECIAL CONDITIONS:
1) To be cosigned by: wife and parents
2) Rpt to PTS / x's a wk/month by phone; / x's a wk/month in person
3) Travel extended to: GA + NC for business only w/24 hr notice to PTS
4)

Gov't moved to unseal indictment
Order signed unsealing
Deft advised of charges

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: 3-7 // LSS
                           PTD/BOND HRG:
                           PRELIM/ARRAIGN: 3-7 // LSS
                           REMOVAL HRG:
                           STATUS CONF:

Date: 3-1-00    Time: 11:00    FTL/LSS TAPE #00-011    Begin: 1362    End:

29