UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-ZLOCH

UNITED STATES OF AMERICA

vs

DONNELL BOKS

ARRAIGNMENT INFORMATION SHEET

*FILED by MAR - 7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 7, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:       Address: __ON BOND FORM_____

                 _____

                 Telephone:_____

DEFENSE COUNSEL: Name:__HAROLD KEEFE, ESQ._____

                 Address:_____

                 _____

                 Telephone:_____

BOND SET/CONTINUED:  $____CON'T AS SET_____

Bond hearing held: yes_____  no____  Bond hearing set for_____

Dated this __7TH__ day of __MARCH_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jinny Butler_____
    Deputy Clerk
    Tape No. J 00- 014

cc: Copy for Judge
    U. S. Attorney

52