## COURT MINUTES

**CHIEF U. S. MAGISTRATE JUDGE LURANA S. SNOW - FT. LAUDERDALE, FLORIDA**

DEFT: DONNELL BOKS (B)         CASE NO: 00-6047-CR-ZLOCH

AUSA: MICHAEL DITTOE /Bowell/      ATTY: HAROLD KEEFE

AGENT: _____           VIOL: _____

PROCEEDING ARRAIGNMENT           RECOMMENDED BOND _____

BOND HEARING HELD - yes/no       COUNSEL APPOINTED _____

    BOND SET @ _____

    SPECIAL CONDITIONS:

1) To be cosigned by: _____

2) Rpt to PTS _____ x's a wk/month by phone;  _____ x's a wk/month in person

3) Travel extended to: _____

*M/ to travel throughout Florida granted as well as GA + NC*

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

*w/24 hr notice to PTS.*

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: _____

    PTD/BOND HRG: _____

    PRELIM/ARRAIGN: _____

    REMOVAL HRG: _____

    STATUS CONF:  4-6-11  w/ code/TS  SNOW ✓

Date: 3/7/00    Time 11:00    FTL/LSS TAPE #00- 014    Begin: 1665    End: 1750

FILED by ___ D.C.
MAR -7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

55