HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __JAMES BOOKER, ETAL__  CASE NO: __00-6047-CR-ZLOCH__

AUSA __MICHAEL DITTOE__  ATTY __FPD - Lopez for Wilcox__

    SEAN DIXON: Israel Encinosa, Esq.

    EARNEST ARCHIE: Philip Horowitz, Esq. *pr*

    JOHN GOETZ: Ruben Garcia, Esq. *pr*

    DONNELL BOKS: Harold Keefe, Esq.

*FILED by D.C. APR - 6 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

00-020

@ 1751

Trial set April 25 - motions due 4-20

DEFT _____  CASE NO: _____

AUSA _____  ATTY _____

DEFT __JULIO CASTRO GARCIA__  CASE NO: __00-6060-CR-FERGUSON__

AUSA __DAVID CORA / Kay__  ATTY __MARTIN BIDWILL, AFPD Lopez__

Disc out - M/continue pending to be a trial

@ 1947

DEFT __FITZROY MANDERSON__  CASE NO: __00-6065-CR-DIMITROULEAS__

AUSA __TERRY THOMPSON / Kay__  ATTY __FPD / Lopez for Bidwill__

Disc out - no pending motions
4-31 set for trial

@ 1984

DATE __4/6/00__  TIME __11:00__

LH
93