DEFT: James Booker et al (no defts)  
AUSA: Mike Ditto *present*  
AGENT:  
PROCEEDING: Motion for protective order to defer compliance re SDO  
BOND HEARING HELD - yes/no  
___ BOND SET @ ___  
CO-SIGNATURES: ___  
SPECIAL CONDITIONS: ___

CASE NO: 00-6047-CR-Zloch  
ATTNY: ~~FPD~~ *Gary Rosenberg*, Joel Robrish, Isreal Encinosa, Harold Keefe, Phil Horowitz,  
VIOL: Ruben Garcia, Scott Sakin  
BOND REC: ___  
COUNSEL APPOINTED: ___

FILED by ___ D.C.  
APR 10 2000  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House ___ Electronic Monitoring ___

Attys present
— Atty Gary Rosenberg enters perm. notice of appearance - replacing FPD
— Harold Keefe
— Scott Sakin/stood in for Robrish too
— Phil Horowitz
— Reuben Garcia
(Robrish + Encinosa not present)

Motion is Denied / Ct. to stay order pending appeal to District Ct. Judge

Re: expert witness info + 404 B motion Granted

NEXT COURT APPEARANCE: DATE: ___ TIME: ___ JUDGE: ___  
INQUIRY RE COUNSEL: ___  
PTD/BOND HEARING: ___  
PRELIM/ARRAIGN. OR REMOVAL: ___  
STATUS CONFERENCE: ___  
DATE: 4-10-00  TIME: 11:00am  TAPE # 00-023  PG # 8  
1151-2660

97