ENVELOPES NOT PROVIDED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DONNELL BOK

    Defendant.

_____/



## MOTION TO TRAVEL

THE DEFENDANT, DONNELL BOKS, by and through undersigned counsel respectfully requests the Court to grant defendant's Motion to Travel for the following:

1. Defendant has been on bond since March 6, 2000.

2. Defendant was granted permission to travel to North Carolina and Georgia upon notifying pre-trial services twenty-four hours before his travel.

3. There are job related events which the defendant would like to attend outside these two states.

4. Mr. Bok would like to attend a work related Gospel Festival in New Orleans, Louisana from June 30, 2000 until July 4, 2000.

5. Mr. Bok has a gospel artist who performs for him who is performing in Washington D.C. from August 11, 2000 thru August 13, 2000.

6. There is a convention being held in New Orleans, La. regarding Mr. Bok's profession from August 14, 2000 thru August 13, 2000 he would like to addend.

126

7. Counsel has discussed these travel dates and places with AUSA Michael Ditto and he has no objections to Mr. Bok attending these functions.

WHEREFORE, it is respectfully requested the Court grant Mr. Bok's Motion To Travel as outlined above.

Respectfully submitted,

Harold F. Keefe
Bar No. 127907
19220 E. Oakmont Dr.
Miami, Florida 33015-2004
Tel: (305) 829-8081

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY a true and correct copy of the foregoing faxed/mailed/hand delivered this 23 day of June, 2000 upon:

Michael Ditto
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394-3002