UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-ZLOCH

UNITED STATES OF AMERICA

Plaintiff,

vs.

DONNELL BOKS

Defendant.

_____/

### ORDER GRANTING MOTION TO TRAVEL

THE COURT, having received defendant's Motion to Travel, and having no objection from the Government .

ORDERED AND ADJUDGED as follows:

1. Defendant's Motion is hereby Granted.

2. Defendant must call Pre-trial Services the day before he travels, when he arrives, and the day he returns from his trips.

DONE AND ORDEREDE in Chambers at Ft. Lauderdale, Broward County, Florida this ___ day of June, 2000.

Barry Seltzer
U.S. Magistrate Judge

FILED by ___ D.C.
JUN 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.