CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by __ D.C.
OCT 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE Paul C Huck

===============================================================

CASE NO. 00-6047-CR          DATE 10/18/2000

CLERK   Valerie Thompkins    REPORTER Larry Herr

USPO _____ INTERPRETER _____

UNITED STATES OF AMERICA vs. James Booker, Jarrad Knight, Sean Dixon, Donnell Books, Earnest Archie.

AUSA Michael Dittoe          DEFENSE CSL. Philip Horowitz, Gary Rosenberg, Scott Sakin, Joel Robrish,

Defendant(s) Present____ Not Present ✓  In Custody____

TYPE OF HEARING Calendar Call

RESULT OF HEARING Defense motion to Continue Trial filed on 10/12/00 is hereby granted. All counsel join in oral Terms to a continuance for these defendants is granted.

===============================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____    Trial Date _____

Govt. Resp to P/T/Motions _____    Further S/C _____

Change of Plea _____

[ ] The Court finds that the time between now and the time of
    trial, to wit: _____ thru _____ to be excludable
    pursuant to the Speedy Trial Act.