UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DONNELL BOKS

    Defendant.

_____/

## MOTION TO TRAVEL

THE DEFENDANT, DONNELL BOKS, by and through undersigned counsel respectfully requests the Court to grant defendant's Motion to Travel for the following:

1. Defendant has been on bond since March 6, 2000.

2. Defendant was granted permission to travel to North Carolina and Georgia upon notifying pre-trial services twenty-four hours before his travel.

3. There are job related events which the defendant would like to attend outside these two states.

4. Mr. Boks would like to attend a work related function in Milwaukee, Wisconsin from November 8th, 2000 until November 10th, 2000 and will be staying at the Marriott hotel.

5. Mr. Boks will be attending a work related function in Indianapolis, Indiana from November 11th, 2000 until November 13th, 2000 and will be staying at the Marriott hotel.

6. Mr. Boks will be attending a work related function in Newark, New Jersey from November 16th, 2000 until November 20th, 2000 and will be staying at the Newark Airport Marriott hotel.

7. Counsel has discussed these travel dates and places with AUSA Michael Ditto and he has no objections to Mr. Boks attending these functions.

WHEREFORE, it is respectfully requested the Court grant Mr. Boks' Motion To Travel as outlined above.

Respectfully submitted,

HAROLD F. KEEFE
Attorney at Law
19220 E. Oakmont Dr.
Miami, Fl. 33015
Telephone (305) 829-8081

By: _____
HAROLD F. KEEFE
Attorney for Boks
Bar No. 127907

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed and faxed on this 26th day of October, 2000, to:

Michael Ditto
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394-3002

_____
Harold F. Keefe, ESQ.
Attorney for Defendant BOKS