UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DONNELL BOKS

    Defendant.

------------------------------------------------/



## SUPPLEMENTAL MOTION TO TRAVEL

THE DEFENDANT, DONNELL BOKS, by and through undersigned counsel files this supplement to the Motion to Travel filed with this Court October 26th, 2000.

1. The Defendant is a promotor of Gospel Music Programs.

2. The engagement for Novermber 8th, 2000 in Milwaukee, Wisconsin has been canceled.

3. Mr. Boks would still like to travel to the music program in Indianapolis, Indiana on November 11th, 2000.

4. Mr. Boks would travel on United Airlines on November 11th, 2000 from Ft. Lauderdale, Florida to Indianapolis, Indiana. (See attached tickets)

5. Mr. Boks would be staying at the Marriot Hotel, phone number: (317) 352-1231.

6. Mr. Boks would return to Ft. Lauderdale, Florida on November 13th, 2000. (See attached tickets)

7. Mr. Boks would leave from Ft. Lauderdale, Florida to Newark, New Jersey on Noverember 16th, 2000. (See attached tickets)



8. Mr. Boks would be staying at the Marriot Courtyard in Newark, New Jersey, telephone number: (973) 297-4527.

9. Mr. Boks would be returning to Ft. Lauderdale, Florida from Newark, New Jersey on November 20th, 2000. (See attached tickets)

WHEREFORE, it is respectfully requested the Court grant Mr. Boks' Motion To Travel as outlined above.

Respectfully submitted,

HAROLD F. KEEFE
Attorney at Law
19220 E. Oakmont Dr.
Miami, Fl. 33015
Telephone (305) 829-8081

By: _____
HAROLD F. KEEFE
Attorney for Boks
Bar No. 127907

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was <u>mailed and faxed</u> on this <u>6th</u> day of <u>November, 2000</u>, to:

Michael Ditto
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394-3002

_____
Harold F. Keefe, ESQ.
Attorney for Defendant BOKS











