UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA,        :

        Plaintiff,              :

v.                               :

JAMES BOOKER, et al.,            :

        Defendants.             :
_____



### O R D E R

THIS CAUSE is before the Court on defendant **Donnell Boks'** Motion to Travel (DE 146) and Supplemental Motion to Travel (filed November 7, 2000), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED. Defendant **Donnell Boks** is permitted to travel to Indianapolis, Indiana on November 11, 2000, returning to the Southern District of Florida on November 13, 2000. The defendant is also permitted to travel to Newark, New Jersey on November 16, 2000, returning to the Southern District of Florida on November 20, 2000. All other conditions of bond remain in full force and effect.

DONE AND ORDERED at Fort Lauderdale, Florida, this 9 day of November, 2000.

                                  LURANA S. SNOW
                                  UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Michael Dittoe (FTL)
Harold Keefe, Esq.
Pretrial Services (FTL)