UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DONNELL BOKS

    Defendant.

-------------------------------------------/



### MOTION TO TRAVEL

THE DEFENDANT, DONNELL BOKS, by and through undersigned counsel respectfully requests the Court to grant defendant's Motion to Travel for the following:

1. Defendant has been on bond since March 6, 2000.

2. Defendant was granted permission to travel to North Carolina and Georgia upon notifying pre-trial services twenty-four hours before his travel.

3. There are job related events which the defendant would like to attend outside these two states.

4. Mr. Boks would like to attend one of his Gospel Music related functions in Montgomery, Alabama.

5. Mr. Boks will be driving from Miami, Florida to Montgomery, Alabama leaving on November, 21st 2000 and returning on November, 27th 2000.

6. Mr. Boks will be staying at the Embassy Suites, Montgomery Conference Center 300 Pallapoosa Street, Phone number: (334) 269-5055.



7. Counsel has discussed these travel dates and places with AUSA Michael Ditto and he has no objections to Mr. Boks attending these functions.

WHEREFORE, it is respectfully requested the Court grant Mr. Boks' Motion To Travel as outlined above.

Respectfully submitted,

HAROLD F. KEEFE
Attorney at Law
19220 E. Oakmont Dr.
Miami, Fl. 33015
Telephone (305) 829-8081
Fax (305) 829-8085

By: _____
HAROLD F. KEEFE
Attorney for Boks
Bar No. 127907

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed and faxed on this 20th day of November, 2000, to:

Michael Ditto
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394-3002

_____
Harold F. Keefe, ESQ.
Attorney for Defendant BOKS