UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA

      Plaintiff,

vs.

DONNELL BOKS

      Defendant.

---------------------------------------------/



## ORDER

    THIS CAUSE is before the Court on defendant Donnell Boks' Motion to Travel (filed November 20th, 2000) which was referred to the United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

    ORDERED AND ADJUDGED that the motion is GRANTED.

    DONE AND ORDERED at Fort Lauderdale, Florida, this 20 day of November, 2000.

            ~~LURANA S. SNOW~~ PAUL HUCK
            UNITED STATES ~~MAGISTRATE~~ JUDGE
                  DISTRICT

Copies to:

AUSA Michael Ditto (FTL)
Harold F. Keefe, Esq.
Pretrial Services (FTL)