00-6047.oa

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONNELL BOKS,

    Defendant.
_____/



## ORDER GRANTING MOTION TO TRAVEL

This matter is before this Court on defendant's Motion to Travel, dated January 16, 2001. The Court has considered the motion, noted that the government has no objection, and considered all pertinent materials in the file.

The Court being otherwise fully advised in the premises it is hereby Ordered and Adjudged as follows:

1. The motion to travel is GRANTED.

2. Defendant shall advise Pre Trial services of where he is staying in Texas, forthwith, either in person or via fax or telephone.

3. Defendant shall return no later than January 19, 2001[1], and shall report to Pre Trial services immediately upon his return, by telephone.

---

[1] The date of return may be modified by Pre Trial Services - later if necessary, in their discretion.



4. All other conditions of bond remain in full force and effect.

**DONE AND ORDERED** this 22nd day of January, 2001, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
Harold F. Keefe, Esq.
Michael Ditto, Esq. - AUSA
PT Services