CRIMINAL MINUTES
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE **Paul C. Huck**

CASE NO. **00-6047-Cr**   DATE **3-7-01**

CLERK **Valerie Thompkins**   REPORTER **Larry Herr**

USPO _____   INTERPRETER _____

UNITED STATES OF AMERICA vs. **James Brooker, Jarrod Knight, Donnell Boles, Earnest Archie**

AUSA **Michael Dittoe**   DEFENSE CSL. **Philip Horowitz, Larry Rosenberg, Gennaro Cariglio**

Defendant(s) Present ___ Not Present **XX** In Custody ___

TYPE OF HEARING **Calendar Call**

RESULT OF HEARING **Court Sua Sponte Reset Jury Trial to the two-week trial calendar. Calendar Call 3-21-2001 @ 8:30  Jury Trial 3-26-2001 @ 9**

NEW DATES SET BY COURT

Defense P/T/Motions _____   Trial Date _____

Govt. Resp to P/T/Motions _____   Further S/C _____

Change of Plea _____

[ ] The Court finds that the time between now and the time of trial, to wit: **3-7-01** thru **3-26-01** to be excludable pursuant to the Speedy Trial Act.