Case 0:00-cr-06047-PCH  Document 173  Entered on FLSD Docket 03/23/2001  Page 1 of 1

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
MAR 2 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE
PAUL C. HUCK

================================================================

CASE NO. 00-6047-CR-HUCK          DATE 3-21-2001

CLERK    Valerie Thompkins         REPORTER BRYNN DOCKSTADER

USPO _____        INTERPRETER _____

     UNITED STATES OF AMERICA   vs. JAMES BOOKER, JARROD KNIGHT,

 DONNELL BOKS, EARNEST ARCHIE

AUSA MICHAEL DITTOE               DEFENSE CSL. PHILIP HOROWITZ,

 GARY ROSENBERG, GENNARO CARIGLIO, HAROLD KEEFE

Defendant(s) Present_____ Not Present XXX In Custody_____

TYPE OF HEARING CALENDAR CALL

RESULT OF HEARING DEFENSE MOTION TO CONTINUE TRIAL FILED ON

MARCH 19, 2001 IS HEREBY GRANTED COURT WILL SET THE NEW TRIAL

DATE BY SEPARATE ORDER.

================================================================

NEW DATES SET BY COURT

Defense P/T/Motions    _____    Trial Date _____

Govt. Resp to P/T/Motions_____    Further S/C _____

Change of Plea   _____

