UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-CR-HUCK(S)

UNITED STATES OF AMERICA

vs.

DONNELL BOKS

    Defendant.
_____/

FILED by _____ D.C.
MAG. SEC.
MAY 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _____

Language: ___ENGLISH_____

  The above-named Defendant appeared before **Magistrate Judge** _____, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

  <u>Defendant:</u>    Address:_____

            _____

            Tel. No:_____

  <u>Defense Counsel:</u>   Name : ___HAROLD KEEPE_____

            Address:_____

            _____

            Tel. No:_____

  <u>Bond Set/Continued:</u>     $_____

  Dated this ___25TH___ day of _____MAY_____, 2001.

        CLARENCE MADDOX, CLERK

        BY___PATRICIA MITCHELL_____
           Deputy Clerk

c: Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. ___01G-33-1153___
DIGITAL START NO._____