UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-CR-HUCK

**NIGHT BOX FILED**

JUN - 4 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,                )
                                 )
v.                               )
                                 )
JAMES BOOKER et al.              )
                                 )
        Defendants.               )
_____)

### GOVERNMENT'S WITNESS LIST

Comes now The United States of America and hereby files its list of witnesses that it may call in its case in chief.

1. Custodians of Records from various telephone companies, telephone paging services and maritime shipping companies.

2. Al Armitage

3. Keith Baker

4. Steve Brandell

5. Juan Bruna

6. John Darby

7. Peter Echevaria

8. Carlos Jones

9. Matthew Leary

10. Kaysandra Lockhart

11. Vincent King

12. Mark Knight



13. Cecil McCleod

14. Raul Morales

15. Andrew Rodney

16. William Scags

17. Rick Talnet

18. Lionel Welch

19. DEA Chemists

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: /s/ Michael J. Dittoe
MICHAEL J. DITTOE
Assistant United States Attorney
Court ID #A5500209
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

BY: /s/
TERRENCE THOMPSON
Assistant United States Attorney
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was hand delivered to all counsel of record in open court on June 4, 2001.

Michael J. Dittoe
Assistant United States Attorney