FILED by \_\_\_ D.C.
JUN 07 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK
COURTROOM MINUTES        DAY #3

HONORABLE PAUL C. HUCK, Presiding   Date 06 / 07/ 01

Cont'd from   06 / 06/01

Defendant 1. JAMES BOOKER          5. \_\_\_\_\_
          2. JARROD KNIGHT          6. \_\_\_\_\_
          3. DONNELL BOKS           7. \_\_\_\_\_
          4. EARNEST ARCHIE         8. \_\_\_\_\_

Defense Counsel Philip Horowitz     AUSA Michael Dittoe

Gary Rosenberg, Gennaro Cariglio, Harold Keefe

Deputy Clerk Valerie Thompkins     Reporter Larry Herr

Calendar Call Held\_\_ Non-appearance of Deft/Bench Warrant issued\_

Begin Fugitive Interval\_\_   Oral Motion_____

by_____

Oral Order  Grant\_\_  Deny\_\_  Adv.\_\_

TRIAL:   JURY xx   BENCH\_\_\_\_

BENCH TRIAL BEGINS \_\_ BENCH TRIAL HELD \_\_ CONTINUED TO \_\_/\_\_/\_\_

VOIR DIRE BEGINS \_\_  JURY SELECTION CONTD.\_\_ JURY IMPANELED \_\_

JURY TRIAL BEGINS\_\_\_\_  JURY TRIAL HELD XX CONTINUED TO 06 /08 /01

MISTRIAL DECLARED \_\_\_   NEW TRIAL ORDERED \_\_\_   TRIAL ENDS \_\_\_

DISMISSED COUNTS_____

\_\_ COURT MOT   \_\_ GOVT. MOT   \_\_ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____