DAY #



FILED by _VT_ D.C.
JUN 0 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK

### COURTROOM MINUTES

HONORABLE _PAUL C. HUCK_, Presiding    Date _06 / 05/ 01_

Cont'd from ___/___/___

Defendant 1. _JAMES BOOKER_           5. _____
           2. _JARROD KNIGHT_         6. _____
           3. _DONNELL BOKS_          7. _____
           4. _EARNEST ARCHIE_        8. _____

Defense Counsel _Philip Horowitz_    AUSA _Michael Dittoe_

_Gary Rosenberg, Gennaro Cariglio, Harold Keefe_

Deputy Clerk _Valerie Thompkins_    Reporter _Brynn Dockstader_

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__  Oral Motion_____

                           by_____

          Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY _xx_   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS _xx_  JURY SELECTION CONTD.__  JURY IMPANELED _xx_

JURY TRIAL BEGINS _xx_  JURY TRIAL HELD__  CONTINUED TO _06_/_06_/_0_

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS _____

          __ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY Cts # _____