UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by __CH__ D.C.
JUN 1 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

CASE # __00-6047-CR-HUCK__
COURTROOM MINUTES    DAY #5

HONORABLE __PAUL C. HUCK__, Presiding    Date __06 / 11/ 01__

Cont'd from    __06 / 08/01__

Defendant 1. __JAMES BOOKER__    5. _____

2. __JARROD KNIGHT__    6. _____

3. __DONNELL BOKS__    7. _____

4. __EARNEST ARCHIE__    8. _____

Defense Counsel __Philip Horowitz__    AUSA __Michael Dittoe__

__Gary Rosenberg, Gennaro Cariglio, Harold Keefe__

Deputy Clerk __Valerie Thompkins__    Reporter __Larry Herr__

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __ Oral Motion _____

by _____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:    JURY __xx__    BENCH ____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD __xx__ CONTINUED TO __06/12/01__

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____