FILED by _CH_ D.C.

JUN 0 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6047-CR-HUCK__

COURTROOM MINUTES    DAY #4

HONORABLE __PAUL C. HUCK__, Presiding    Date __06 / 08/ 01__

Cont'd from    __06 / 07/01__

Defendant 1. __JAMES BOOKER__         5. _____

2. __JARROD KNIGHT__         6. _____

3. __DONNELL BOKS__         7. _____

4. __EARNEST ARCHIE__         8. _____

Defense Counsel __Philip Horowitz__    AUSA __Michael Dittoe__

__Gary Rosenberg, Gennaro Cariglio, Harold Keefe__

Deputy Clerk __Valerie Thompkins__    Reporter __Larry Herr__

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion _____

by _____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:    JURY __xx__    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD __xx__ CONTINUED TO __06 /11 /01__

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS _____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY Cts # _____

196