

FILED by D.C.
JUN 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6047-CR-HUCK__
COURTROOM MINUTES        DAY #7

HONORABLE __PAUL C. HUCK__, Presiding   Date __06 / 13/ 01__

Cont'd from   __06 / 12/01__

Defendant 1. __JAMES BOOKER__       5. _____
2. __JARROD KNIGHT__       6. _____
3. __DONNELL BOKS__        7. _____
4. __EARNEST ARCHIE__      8. _____

Defense Counsel __Philip Horowitz__    AUSA __Michael Dittoe__

__Gary Rosenberg, Gennaro Cariglio, Harold Keefe__

Deputy Clerk __Valerie Thompkins__   Reporter __Paul Hafeeling__

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY __xx__   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __   CONTINUED TO __/ /__

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__   JURY IMPANELED __

JURY TRIAL BEGINS____   JURY TRIAL HELD __xx__ CONTINUED TO __06 /14 /01__

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY   Cts #_____