UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK



FILED by ___ D.C.
JUN 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

**DO NOT DESTROY**

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

       Defendant.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

Request

Transcripts

Tapes — tape recorder

_____ 6/14/01
PLEASE SIGN AND DATE