

FILED by ___ D.C.
JUN 1 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK
COURTROOM MINUTES          DAY #8

HONORABLE PAUL C. HUCK, Presiding     Date 06 / 14 / 01

Cont'd from   06 / 13 / 01

Defendant 1. JAMES BOOKER          5. _____
           2. JARROD KNIGHT         6. _____
           3. DONNELL BOKS          7. _____
           4. EARNEST ARCHIE        8. _____

Defense Counsel Philip Horowitz     AUSA Michael Dittoe

Gary Rosenberg, Gennaro Cariglio, Harold Keefe

Deputy Clerk Valerie Thompkins     Reporter _[signature]_

Calendar Call Held __  Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __  Oral Motion _____

                            by _____

             Oral Order  Grant __  Deny __  Adv. __

_____
             TRIAL:  JURY xx    BENCH ____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO _/_/_

VOIR DIRE BEGINS __ JURY SELECTION CONTD. __ JURY IMPANELED __

JURY TRIAL BEGINS ____ JURY TRIAL HELD XX CONTINUED TO 06 /15 /01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS _____

         __ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY Cts # _____