UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK



FILED by _____ D.C.
JUN 1 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

**DO NOT DESTROY**

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

      Defendant.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

We would like to request 11 copies — verdict and indictment jury Instructions

PLEASE SIGN AND DATE  [signature] 6/15/01