FILED by ___ D.C.
JUN 1 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK
COURTROOM MINUTES   DAY #9

HONORABLE PAUL C. HUCK, Presiding   Date 06/15/01

Cont'd from 06/14/01

Defendant 1. JAMES BOOKER   5. _____
           2. JARROD KNIGHT   6. _____
           3. DONNELL BOKS    7. _____
           4. EARNEST ARCHIE  8. _____

Defense Counsel Philip Horowitz   AUSA Michael Dittoe

Gary Rosenberg, Gennaro Cariglio, Harold Keefe

Deputy Clerk Valerie Thompkins   Reporter Larry Herr

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued _

Begin Fugitive Interval __   Oral Motion _____

by _____

Oral Order  Grant __  Deny __  Adv. __

TRIAL:   JURY xx   BENCH ____

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/__/__

VOIR DIRE BEGINS __  JURY SELECTION CONTD. __  JURY IMPANELED __

JURY TRIAL BEGINS ____  JURY TRIAL HELD XX  CONTINUED TO 06/18/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED __  TRIAL ENDS __  Jury Deliber.

DISMISSED COUNTS _____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY  Cts # _____