

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6047-CR-HUCK__
COURTROOM MINUTES         DAY #10

HONORABLE __PAUL C. HUCK__, Presiding    Date __06 / 18/ 01__

Cont'd from    __06 / 15/01__

Defendant 1. __JAMES BOOKER__        5. ____
         2. __JARROD KNIGHT__        6. ____
         3. __DONNELL BOKS__         7. ____
         4. __EARNEST ARCHIE__       8. ____

Defense Counsel __Philip Horowitz__    AUSA __Michael Dittoe__

__Gary Rosenberg, Gennaro Cariglio, Harold Keefe__

Deputy Clerk __Valerie Thompkins__    Reporter __Larry Herr__

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__    Oral Motion ____

by ____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY __xx__   BENCH ____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS ____   JURY TRIAL HELD __xx__ CONTINUED TO __06_/_19_/_01__

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

DISMISSED COUNTS ____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # ____

JUDGMENT/VERDICT OF NOT GUILTY Cts # ____

```
DEFENDANT DISCHARGED/ACQUITTED _____

JUDGMENT/VERDICT OF GUILTY  Cts #_____

JURY VERDICT SET ASIDE ___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR ___/___/___ AT _____        NOTICE SERVED __
                              JURORS


1._____     5._____     9._____

2._____     6._____     10._____

3._____     7._____     11._____

4._____     8._____     12._____

Alternate #1._____     Alternate #2._____

Alternate #3._____     Alternate #4._____
```

**MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK**

Court Declares a Mistrial As to Defendant James Booker On All Counts

Court Declares a Mistrial As to Defendant Jarrod Knight as to "Counts I, II "ONLY"

Court Declares a Mistrial As to Defendant Donnell Boks as to "Counts I, II" "ONLY"

Court Declares a Mistrial As to Defendant Earnest Archie as to "Counts I, II" "ONLY"

Jury Found Defendant "JArrod Knight" not Guilty as to Counts 3, 4, 5 Judgement of Acquittal entered

Jury Found Defendant "Ernest Hecku" not Guilty as to Counts 13, 14 Judgement of Acquittal entered.

Jury Found Defendant "Donnell Boks" not Guilty as to Counts 13, 14 Judgement of Acquittal entered.