UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**DO NOT DESTROY**

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

    Defendant.

_____/

FILED by ___ D.C.
JUN 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

QUESTION/NOTE FROM THE
JURY TO THE COURT

Judge Huck we are at a hopeless standstill we cannot agree on certain counts pertaining to certain defendants. We are awaiting further instructions.

PLEASE SIGN AND DATE  [signature] 6/18/01