UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-Cr-HUCK(S)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNELL BOKS,

    Defendant.
_____/

FILED by ___ D.C.
JUN 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## VERDICT

We the jury in the above entitled case unanimously return the following verdicts as to DONNELL BOKS:

**COUNT 1**

_____ GUILTY        ✓ NOT GUILTY

If you find the defendant Donnell Boks not guilty you should go on to the next count. If you find the defendant Donnell Boks guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant Donnell Boks guilty of the crime charged in Count 1 of the indictment make the following special findings beyond a reasonable doubt:

1

  a. Did the defendant Donnell Bok's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

  _____ YES        _____ NO

  b. Did the defendant Donnell Bok's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

  _____ YES        _____ NO

### COUNT 2

_____ GUILTY      ✓ NOT GUILTY

*[handwritten: BK 6/16/01]*

  If you find the defendant Donnell Boks not guilty you should go on to the next count. If you find the defendant Donnell Boks guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

  We the jury having found the defendant Donnell Boks guilty of the crime charged in Count 2 of the indictment make the following special findings beyond a reasonable doubt:

  a. Did the defendant Donnell Bok's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

  _____ YES        _____ NO

  b. Did the defendant Donnell Bok's offense involve 100

kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES                    _____ NO

**COUNT 13**

_____ GUILTY                 ____✓____ NOT GUILTY

If you find the defendant Donnell Boks not guilty you should go on to the next defendant. If you find the defendant Donnell Boks guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant Donnell Boks guilty of the crime charged in Count 13 of the indictment make the following special findings beyond a reasonable doubt:

a. Did the defendant Donnell Bok's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES                    _____ NO

b. Did the defendant Donnell Bok's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES                    _____ NO

3

COUNT 14

_____ GUILTY              ✓ NOT GUILTY

If you find the defendant Donnell Boks not guilty you should go sign and date the verdict form if complete. If you find the defendant Donnell Boks guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant Donnell Boks guilty of the crime charged in Count 14 of the indictment make the following special findings beyond a reasonable doubt:

a. Did the defendant Donnell Bok's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES              _____ NO

b. Did the defendant Donnell Bok's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES              _____ NO

I hereby certify that the above verdicts were unanimously agreed on by all the members of the jury.

DATE: 6/15/2001

_____
FOREPERSON