UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                          ORDER

JARROD KNIGHT,
EARNEST ARCHIE,
DONNELL BOKS,
        Defendant(s).
_____/



FILED by _____ D.C.

JUN 2 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS MATTER having come before the Court for trial by jury on June 05, 2001, the jury having failed to reach a unanimous verdict as to counts 1 and 2 in the Indictment, it is therefore

ORDERED AND ADJUDGED that a Mistrial is hereby declared as to each of Counts 1, and 2 of the Indictment, it is further

ORDERED AND ADJUDGED that this cause is hereby set for retrial during the calendar commencing July 16, 2001. The Court finds that the time, between June 18, 2001 and until July 27, 2001 shall be deemed excludable pursuant to Title 18, U.S.C. Section 3161(a)(8)(A).

DONE AND ORDERED, in Miami, Florida, this __20th__ day of June 2001.

                                            _____
                                            PAUL C. HUCK
                                            UNITED STATES DISTRICT JUDGE

cc: all counsel of record