UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6047-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DONNELL BOKS,

        Defendant.
_____/

FILED by ___ D.C.
JUN 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial, and the jury having found the defendant not quilty as to counts 13,14, Judgment of Acquittal is entered herein as to the Defendant, Donnell Boks, on Counts 13,14, of the Indictment.

ORDERED AND ADJUDGED that the defendant be discharged to go hence without day for return and exonerated of bond, if any, **as to the count(s) hereinabove specified only, otherwise the bond shall remain in full force and effect.**

DONE AND ORDERED at Miami, Florida, this 20th day of June 2001

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Michael Dittoe, AUSA
    Harold Keefe, Esq.
    U. S. Marshal Service
    U. S. Probation Office
    U. S. Pretrial Services