UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DONNELL BOKS

    Defendant.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

### MOTION FOR JUDGEMENT OF ACQUITTAL AS TO COUNTS I AND II

COMES NOW the Defendant DONNELL BOKS by and through his undersigned counsel and moves this Court pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure to dismiss Counts I and II of the indictment in this case and would state the following:

1. Counsel would adopt all Motions For Judgements Of Acquittal filed by co-counsel in this case.

2. After deliberations the jury acquitted the Defendant Boks of Counts 13 and 14 which were the two Counts regarding the importation and possession with intent to distribute marijuana on May 24, 1997.

3. The only testimony regarding defendant Boks possession of marijuana was on May 24, 1997.

4. The jury acquitted defendant Boks on that possession.

5. The only testimony regarding importation was also concerning the shipment of marijuana on May 24, 1997. The defendant was acquitted on that importation.

NON-COMPLIANCE OF S.D. Fla. L.R. 7.1.A.4



6. There was testimony by Cecil McCleud that he was told by another co-conspirator, Edwards, defendant Boks had an interest in another load of marijuana seized by U.S. Customs.

7. That statement alone is not sufficient to overcome a 'mere speculation' standard. United States vs. Perez-Tosta, 36 F.3d 1152, 1557 (11th Cir. 1994).

8. When viewing the total facts in this case and the jury's verdicts there was not sufficient evidence, viewed in a light most favorable to the Government, to find defendant Boks guilty on Counts I and II.

WHEREFORE, the Defendant DONNELL BOKS respectfully requests the Court to enter a judgement of acquittal as to Counts I and II of the indictment.

Respectfully submitted,

HAROLD F. KEEFE
Attorney at Law
19220 E. Oakmont Dr.
Miami, Fl. 33015
Telephone (305) 829-8081
Fax (305) 829-8085

By: _____
HAROLD F. KEEFE
Attorney for Boks
Bar No. 127907

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 2nd day of July 2001, to:

Michael Ditto
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394-3002

_____
Harold F. Keefe, ESQ.
Attorney for Defendant BOKS