UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DONNELL BOKS

    Defendant.

-----------------------------------------------/

## MOTION TO TRAVEL

THE DEFENDANT, DONNELL BOKS, by and through undersigned counsel respectfully requests the Court to grant defendant's Motion to Travel for the following:

1. Defendant has been on bond since March 6, 2000.

2. Defendant was granted permission to travel to North Carolina and Georgia upon notifying pre-trial services twenty-four hours before his travel.

3. There are job related events which the defendant has been allowed to travel to outside these two states in the past.

4. Mr. Boks would like to travel from June 29th through July 1st, 2001 to Monticello, MS.

5. Mr. Boks would like to travel from July 5th through July 9th, 2001 to New Orleans, LA.

6. Mr. Boks would like to travel from August 13th through August 20th, 2001 to Minneapolis, MN.

7. The Government has not objected to Mr. Boks travel.

WHEREFORE, it is respectfully requested the Court grant Mr. Boks' Motion To Travel as outlined above.

Respectfully submitted,

HAROLD F. KEEFE
Attorney at Law
19220 E. Oakmont Dr.
Miami, Fl. 33015
Telephone (305) 829-8081
Fax (305) 829-8085

By: _____
HAROLD F. KEEFE
Attorney for Boks
Bar No. 127907

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 28th day of June 2001, to:

Michael Ditto
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394-3002

_____
Harold F. Keefe, ESQ.
Attorney for Defendant BOKS