UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONNELL BOKS,

ORDER

    Defendant(s).
_____/

THIS CAUSE came before the Court upon the Defendant's Donnell Boks Motion for Judgment of Acquittal as to Counts I and II, filed July 03, 2001. Accordingly, it is

ORDERED AND ADJUDGED that the Government shall respond to Defendants motion within 10 days from the date of this Order.

DONE AND ORDERED at Miami, Florida, this ___3rd___ day of July 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: all counsel of record