UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA

      Plaintiff,

vs.

DONNELL BOKS

      Defendant.

-------------------------------------------------/

FILED by _____ D.C.
MAG. SEC.

JUL 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

### ORDER

THIS CAUSE is before the Court on defendant Donnell Boks' Motion to Travel (filed

June 28th, 2001). Being fully advised, it is hereby

    ORDERED AND ADJUDGED that the agreed upon motion is GRANTED.

    DONE AND ORDERED at Miami, Florida, this ___5___ day of July,

2001.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Michael Ditto (FTL)
Harold F. Keefe, Esq.
Pretrial Services (FTL)