```
                                                              FILED by _____ J.C.
 1              UNITED STATES DISTRICT COURT                  APPEAL
                SOUTHERN DISTRICT OF FLORIDA
 2                FORT LAUDERDALE DIVISION                    AUG 2 4 2001

 3         CASE NO. 00-6047-CR-HUCK/BROWN                     CLARENCE MADDOX
                                                              CLERK, U.S. DIST. CT
 4                                                            S.D. OF FLA

 5      _____
                                           |
 6      UNITED STATES OF AMERICA,          |    MIAMI, FLORIDA
                                           |
 7                   Plaintiff,            |    JUNE 12, 2001
                                           |
 8      v.                                 |
                                           |
 9      JAMES BOOKER,                      |
        ERNEST ARCHIE,                     |
10      DONNELL BOKS,                      |
        JARROD KNIGHT,                     |
11                                         |
                     Defendants.           |
12      _____x

13

14
                TRANSCRIPT OF TESTIMONY OF VINCENT KING
15              BEFORE THE HONORABLE PAUL C. HUCK,
                     UNITED STATES DISTRICT JUDGE
16                          AND A JURY

17

18      APPEARANCES:

19      FOR THE GOVERNMENT:        MICHAEL J. DITTOE, ESQ.
                                   TERRENCE THOMPSON, ESQ.
20                                 Assistant U. S. Attorneys
                                   500 East Broward Boulevard
21                                 Fort Lauderdale, FL  33394
                                   954/456-7392
22
        FOR DEFENDANT              GARY I. ROSENBERG, ESQ.
23        BOOKER:                  Adorno & Zeder
                                   2601 South Bayshore Drive
24                                 Miami, FL  33133 - 305/860-7254

25
```

