```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      FORT LAUDERDALE DIVISION

                   CASE NO. 00-6047-CR-HUCK/BROWN
```

FILED by _____ D.C.
APPEAL
AUG 2 4 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA.

```
_____
                        |
UNITED STATES OF AMERICA,|         MIAMI, FLORIDA
                        |
         Plaintiff,     |         JUNE 12, 2001
                        |
v.                      |
                        |
JAMES BOOKER,           |
ERNEST ARCHIE,          |
DONNELL BOKS,           |
JARROD KNIGHT,          |
                        |
         Defendants.    |
_____x
```

```
          TRANSCRIPT OF TESTIMONY OF MARK KNIGHT
             BEFORE THE HONORABLE PAUL C. HUCK,
                UNITED STATES DISTRICT JUDGE
                         AND A JURY
```

APPEARANCES:

FOR THE GOVERNMENT:        **MICHAEL J. DITTOE, ESQ.**
                           **TERRENCE THOMPSON, ESQ.**
                           Assistant U. S. Attorneys
                           500 East Broward Boulevard
                           Fort Lauderdale, FL  33394
                           954/456-7392

FOR DEFENDANT              **GARY I. ROSENBERG, ESQ.**
  BOOKER:                  Adorno & Zeder
                           2601 South Bayshore Drive
                           Miami, FL  33133 - 305/860-7254

258/ga