```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                  FORT LAUDERDALE DIVISION

              CASE NO. 00-6047-CR-HUCK/BROWN
```

**FILED by _____ D.C.**
**APPEAL**
**AUG 2 4 2001**
CLARENCE MADDOX
CLERK, U.S. DIST. CT
S.D. OF FLA. MIAMI

```
_____
                                |
UNITED STATES OF AMERICA,       |    MIAMI, FLORIDA
                                |
              Plaintiff,        |    JUNE 12, 2001
                                |
v.                              |
                                |
JAMES BOOKER,                   |
ERNEST ARCHIE,                  |
DONNELL BOKS,                   |
JARROD KNIGHT,                  |
                                |
              Defendants.       |
_____ x
```

**TRANSCRIPT OF TESTIMONY OF CECIL McCLEOD**
**BEFORE THE HONORABLE PAUL C. HUCK,**
**UNITED STATES DISTRICT JUDGE**
**AND A JURY**

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | **MICHAEL J. DITTOE, ESQ.** |
| | **TERRENCE THOMPSON, ESQ.** |
| | Assistant U. S. Attorneys |
| | 500 East Broward Boulevard |
| | Fort Lauderdale, FL  33394 |
| | 954/456-7392 |
| FOR DEFENDANT BOOKER: | **GARY I. ROSENBERG, ESQ.** |
| | Adorno & Zeder |
| | 2601 South Bayshore Drive |
| | Miami, FL  33133 - 305/860-7254 |