FILED by ___ D.C.
AUG 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAY #1

CASE # 00-6047-CR

## COURTROOM MINUTES

HONORABLE __PAUL C. HUCK__, Presiding    Date 08 / 27 / 01

Cont'd from ___/___/___

Defendant 1. JAMES BOOKER          5. _____
           2. JARROD KNIGHT         6. _____
           3. DONNELL BOKS          7. _____
           4. EARNEST ARCHIE        8. _____

Defense Counsel MICHAEL DITTOE    AUSA GARY ROSENBERG,

PHILIP HOROWITZ, GENNARO CARIGLIO, HAROLD KEEFE

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__ Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:    JURY XX    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS XX  JURY SELECTION CONTD.__  JURY IMPANELED XX

JURY TRIAL BEGINS XX   JURY TRIAL HELD___ CONTINUED TO 08 /28 /01

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT    __ GOVT. MOT    __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____