FILED by ___ D.C.
AUG 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAY #4

CASE # 00-6047-CR

COURTROOM MINUTES

HONORABLE __PAUL C. HUCK__, Presiding    Date 08 / 30/01

Cont'd from    08 / 29/01

Defendant 1. JAMES BOOKER            5. _____

          2. JARROD KNIGHT           6. _____

          3. DONNELL BOKS            7. _____

          4. EARNEST ARCHIE          8. _____

Defense Counsel MICHAEL DITTOE    AUSA GARY ROSENBERG,

PHILIP HOROWITZ, GENNARO CARIGLIO, HAROLD KEEFE

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__    Oral Motion_____

                             by_____

                    Oral Order  Grant__  Deny__  Adv.__
_____
              TRIAL:   JURY XX     BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED___

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 08 /31 /01

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

           __ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____