FILED by _____ D.C.
SEP 05 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAY # 7

CASE # 00-6047-CR

COURTROOM MINUTES

HONORABLE __PAUL C. HUCK__, Presiding    Date 09 / 5 /01

Cont'd from  9 / 4 /01

Defendant 1. JAMES BOOKER            5. _____

2. JARROD KNIGHT            6. _____

3. DONNELL BOKS             7. _____

4. EARNEST ARCHIE           8. _____

Defense Counsel MICHAEL DITTOE        AUSA GARY ROSENBERG,

PHILIP HOROWITZ, GENNARO CARIGLIO, HAROLD KEEFE

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__ Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:   JURY XX   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED__

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 9/10/01

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____