UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JAMES BOOKER,             **DO NOT DESTROY**
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

       Defendant.
_____/

QUESTION/NOTE FROM THE
<u>JURY TO THE COURT</u>

*want to all go home*

_____ 9.5 o/
PLEASE DATE AND SIGN