UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK



FILED by ___ D.C.
SEP 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

        Defendant.
_____/

**DO NOT DESTROY**

QUESTION/NOTE FROM THE
<u>JURY TO THE COURT</u>

WE DON'T HAVE AN UNANIMOUSE AGREEMENT ON ANY OF THE COUNTS, IS IT POSSIBLE TO HAVE ADDITIONAL AIDS TO HELP REACH A ~~PLUS~~ UNANIMOUSE DESISION.

_____9-6-01_____
PLEASE DATE AND SIGN
YOANNA GARCIA

You have heard all the testimony. You have access to all the exhibits and you must use those together with your collective recollection to determine the issues in this case.

If you would like a tape player just let the court know.