UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

FILED by
SEP 06 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

    Defendant.

_____/

**DO NOT DESTROY**

QUESTION/NOTE FROM THE
JURY TO THE COURT

Took a vote on Count One

| | Guilty | Not Guilty |
|---|---|---|
| ARCHIE | 1 | 11 |
| KNIGHT | 2 | 10 |
| BOKS | 1 | 11 |
| BOOKER | 1 | 11 |

Y 9.6.01
PLEASE DATE AND SIGN
YOANNA GARCIA

Count Two

| | Guilty | Not Guilty |
|---|---|---|
| ARCHIE | 1 | 11 |
| KNIGHT | 1 | 11 |
| BOKS | 1 | 11 |
| BOOKER | 1 | 11 |