UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

        Defendant.
_____/

**DO NOT DESTROY**

FILED by __ 
SEP 06 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

QUESTION/NOTE FROM THE
JURY TO THE COURT

one person change mind
not guilty    guilty

KNIGHT
BOKS
ARCHIE
BOOKER

      (1)

PLEASE DATE AND SIGN
Yoama Garcia

