UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

FILED by

SEP 06 2001

CLARENCE MADDOX
CLERK U.S. DIS.
S.D. OF FLA.

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

**DO NOT DESTROY**

      Defendant.

_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

| | | | GUILTY | — | NOT GUILTY |
|---|---|---|---|---|---|
| BOOKER | COUNT | 3 | | | |
| | COUNT | 4 | → | 20 | 10 |
| | COUNT | 5 | → | 2 | 10 |
| | COUNT | 6 | → | 2 | 10 |
| | COUNT | 7 | → | 2 | 10 |

4/ 9.8.01

PLEASE DATE AND SIGN
YOANNA GARCIA

| | | | | |
|---|---|---|---|---|
| COUNT | 8 | → | 2 | 10 |
| COUNT | 9 | → | 2 | 10 |
| COUNT | 10 | → | 2 | 10 |
| COUNT | 11 | → | 2 | 10 |

WE REVIEW ALL EXHIBITS — NO CHANGE OF OPINION(S)
NO CHANGE ON VERDICT.