FILED by _____ D.C.
SEP 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAY # 8

CASE # 00-6047-CR

COURTROOM MINUTES

HONORABLE __PAUL C. HUCK__, Presiding   Date 09/6/01

Cont'd from 9/5/01

Defendant 1. JAMES BOOKER            5. _____
           2. JARROD KNIGHT           6. _____
           3. DONNELL BOKS            7. _____
           4. EARNEST ARCHIE          8. _____

Defense Counsel MICHAEL DITTOE        AUSA GARY ROSENBERG,

PHILIP HOROWITZ, GENNARO CARIGLIO, HAROLD KEEFE

Deputy Clerk VALERIE THOMPKINS    Reporter Brynn Dockstader

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__  Deny__  Adv.__

TRIAL:   JURY XX    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED__

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO __/__/__

MISTRIAL DECLARED __ NEW TRIAL ORDERED __ TRIAL ENDS __

DISMISSED COUNTS 12+14 on Defendant James Booker

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY   Cts # All Counts All Defendant's

DEFENDANT DISCHARGED/ACQUITTED _____

JUDGMENT/VERDICT OF GUILTY   Cts #_____

JURY VERDICT SET ASIDE ___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR ___/___/___   AT _____   NOTICE SERVED __

JURORS

1._____   5._____   9._____

2._____   6._____   10._____

3._____   7._____   11._____

4._____   8._____   12._____

Alternate #1._____   Alternate #2._____

Alternate #3._____   Alternate #4._____

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

"Defendant's"
JAmes Booker NOt Guilty Ct/s I thru 11
JArrod Knight NOt Guilty Ct/s I & II
Donnell Beks not Guilty ct/s I & II
Earnest Anchry NOt Guilty ct/s I & II