UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-CR-HUCK(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNELL BOKS,

    Defendant.
_____/



FILED by _____ U.C.
SEP 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## VERDICT

We the jury in the above entitled case unanimously return the following verdicts as to DONNELL BOKS:

**COUNT 1**

_____GUILTY          ___✓___NOT GUILTY

If you find the defendant Donnell Boks not guilty you should go on to the next count. If you find the defendant Donnell Boks guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant Donnell Boks guilty of the crime charged in Count 1 of the indictment make the following special findings beyond a reasonable doubt:

1



    a. Did the defendant Donnell Bok's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

    _____ YES            _____ NO

    b. Did the defendant Donnell Bok's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

    _____ YES            _____ NO

### COUNT 2

_____ GUILTY        ✓ NOT GUILTY

If you find the defendant Donnell Boks guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant Donnell Boks guilty of the crime charged in Count 2 of the indictment make the following special findings beyond a reasonable doubt:

    a. Did the defendant Donnell Bok's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

    _____ YES            _____ NO

    b.  Did the defendant Donnell Bok's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES            _____ NO

I hereby certify that the above verdicts were unanimously agreed on by all the members of the jury.

DATE: 9.6.01

_____  
FOREPERSON

3