UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
    Plaintiff, )
) Case No. 00-6047-CR- Huck
)
v. )
Donnell Boks ) MOTION FOR DISBURSEMENT OF BOND
)
) FILED by ___ D.C.
)
    Defendant )
) SEP 19 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

    Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by __Donnell Boks__ in the amount of $ __10,000.00__ plus any accrued interest be refunded to:

__Donnell Boks   2020 NW 135 St.  Miami, Fl  33167__.
(Payee and Mailing Address for Check)(Notarized assignment required if payee different from person posting bond.)

The beneficiary's social security or tax identification number is as follows:

__Donnell Boks__
(Name of Beneficiary)

__2020 NW 135 St__
(Address for mailing of Form 1099)

__Miami    Fl     33167__
(City)    (State)    (Zip)

__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__
(SS or Tax Identification)

_____
(Petitioner or Attorney)

Consented to by:
_____, Assistant U.S. Attorney

SEP 21 2001

Rec'd in MIA DKt _____

ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court do forthwith make the above-mentioned disbursement.

DONE AND ORDERED at __Miami__, Florida, this __19th__ day of __Sept__, A.D., 2001.

_____
UNITED STATES DISTRICT JUDGE

cc:   U.S. Attorney
      Petitioner/Counsel of Record
      Financial Deputy Clerk