UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    )
          Plaintiff,        )   Case No. 00 - 6047 - CR - Huck
                            )
v.                          )   MOTION FOR DISBURSEMENT OF BOND
                            )
DONNELL BOKS                )
          Defendant         )
_____)

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by Donnell Boks & Sylvia Walker in the amount of $ 10,000 00 plus any accrued interest be refunded to:

_____
(Payee and Mailing Address for Check)(Notarized assignment required if payee different from person posting bond.)

The beneficiary's social security or tax identification number is as follows:

Donnell Boks    Sylvia Walker
(Name of Beneficiary)

2020 NW 135 St
(Address for mailing of Form 1099)

Miami    Fl    33167
(City)   (State)  (Zip)

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    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        Harold O. Keefe
(SS or Tax Identification)                (Petitioner or Attorney)

Consented to by:

Michael Ditto , Assistant U.S. Attorney

ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court do forthwith make the above-mentioned disbursement.

DONE AND ORDERED at Miami , Florida, this 11th day of October , A.D., 2001

_____
UNITED STATES DISTRICT JUDGE

cc:   U.S. Attorney
      Petitioner/Counsel of Record