UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
      Plaintiff, )
                    )
v. )
                    )
DONNELL BOKS )
      Defendant. )
_____ )

Case No. 00-6047-CR-HUCK

FILED _____ D.C.

CCT 18 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## MOTION TO VACATE PRIOR ORDERS AND GRANT INSTANT MOTION FOR DISBURSEMENT OF BOND

Prior orders for the disbursement of the bond dated September 19th, 2001 and October 11th, 2001 inaccurately named the signees on the bond receipt.

The correct names on the bond receipt are Donnel Boks and Silvia Boks.

The above named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested the defendant's cash bail heretofore posted by Donnel Boks and Silvia Boks in the amount of $10,000 plus accrued interest be refunded to: Donnel and Silvia Boks 2020 NW 135 St. Miami, Florida 33167

The social security numbers of the beneficiaries are: Donnel Boks (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) and Silvia Walker Boks (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)

                                          (Attorney)

Consented to by:

Michael Ditto, Assistant United States Attorney

## ORDER

In consideration of the foregoing motion, it is thereupon ordered the previous orders be vacated and further ORDERED the Clerk of this court do forthwith make the above-mentioned disbursement.

DONE AND ORDERED at Miami, Florida, this _12_ day of October, A.D., 2001.

_____
UNITED STATES DISTRICT JUDGE