UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JARROD KNIGHT,

    Defendant.
_____/

FILED by _____ D.C.
MAY 0 8 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER UNSEALING DOCUMENTS**

Upon review of the documents underseal in this case, the Clerk's Office is instructed to do the following:

✓    Docket Entries #178, 179, 214, 222 and 237 _____ (Documents attached hereto) shall be unsealed and placed in the court file.

____    Docket Entries _____ (Documents attached hereto) shall be unsealed and returned to _____.

____    Docket Entries # _____ (Documents attached hereto) shall be unsealed and destroyed by the Clerk.

DONE and ORDERED at Miami, Florida this ____ day of May, 2003.

                                          PAUL C. HUCK
                                          UNITED STATES DISTRICT JUDGE

The document(s) has/have been disposed of in the manner ordered above by _____ _____ on _____, 2003.

cc:    All Counsel of Record/Pro Se parties

```
[docket  ]                      CIVIL/CRIMINAL                    [   vdocs]
3. Docket                                                         [REF-DOC]


 Docket #    : 0:00-cr-6047                                          STB
 Short Title: USA                  v. Booker              CLOSED
 Type: cr         Judge: Huck              Magistrate:
 ---------------------------------------------------------------------------

 ------------Event--------------Action-------------Relief-----------Trans #----
 ko         -          -         |gr        |uns        doc       -    | 5821334
 **************   Selected Documents in Case: 0:00-cr-06047    ***************
 for parties: Booker   (1), Knight   (2), Dixon  (3), Boks   (4), Archie   (5) ...
 Ord      Subtype Type      Short Display         Document ID Filer    Filed
 -- 157.-          arr       (Arraignment Information)   182- 1        5/29/01
 -- 158.-          arr       (Arraignment Information)   181- 1        5/29/01
 -- 159.-          arr       (Arraignment Information)   180- 1        5/29/01
 -- 160.-          doc       (Sealed Document        )   179- 1        5/23/01
 -- 161.-          doc       (Sealed Document        )   178- 1        5/22/01
 -- 162.ntc        hrg       Arraignment deadline        177- 1        5/16/01

 [A]cc, [S]lct, [E]vry, [C]lr, [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit
 total: 474       selected: 0         current: 157           : n
```

```
[docket   ]                        CIVIL/CRIMINAL                    [   vdocs]
3. Docket                                                            [REF-DOC]


 Docket #   : 0:00-cr-6047                                           STB
 Short Title: USA                  v. Booker                 CLOSED
 Type: cr        Judge: Huck                    Magistrate:
--------------------------------------------------------------------------------

------------Event--------------Action--------------Relief------------Trans #----
ko         -         -         |gr       |uns        doc       -       | 5821334
**************  Selected Documents in Case: 0:00-cr-06047      ***************
 for parties:  Booker   (1), Knight   (2), Dixon   (3), Boks   (4), Archie  (5) ...
 Ord    Subtype Type    Short Display           Document ID Filer    Filed
 -- 103.-         m     to continue                223- 1 Archie  6/26/01T
 -- 104.-         doc   (Sealed Document      )   222- 1          6/21/01
 -- 105.-         doc   (Sealed Document      )   214- 1          6/20/01
 -- 106.-         rlf   for declaration of mistri 215- 1          6/20/01
 -- 107.-         rlf   Jury Trial deadline       215- 2          6/20/01
 -- 108.-         rlf   to continue-ends of justi 215- 3          6/20/01

[A]cc, [S]lct, [E]vry, [C]lr, [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit
total: 474      selected: 0        current: 105       : p
```

```
[docket   ]                    CIVIL/CRIMINAL                    [   vdocs]
3. Docket                                                        [REF-DOC]


 Docket #    : 0:00-cr-6047                                            STB
 Short Title: USA               v. Booker                 CLOSED
 Type: cr         Judge: Huck              Magistrate:
 ---------------------------------------------------------------------------

 -----------Event--------------Action-------------Relief-----------Trans #----
 ko        -         -         |gr       |uns        doc      -     | 5821334
 **************   Selected Documents in Case: 0:00-cr-06047    ***************
 for parties: Booker  (1), Knight  (2), Dixon  (3), Boks  (4), Archie  (5) ...
 Ord     Subtype Type   Short Display          Document ID Filer   Filed
 -- 79. -        m      to travel                 240- 1 Archie 7/12/01T
 -- 80. -        m      for bond                  239- 1 Booker 7/12/01T
 -- 81. -        o      (Order filed         )    241- 1        7/12/01
 -- 82. -        cja    (CJA 24 - Authorization ) 238- 1        7/11/01
 -- 83. -        o      (Order filed         )    236- 1        7/6/01
 -- 84. -        doc    (Sealed Document     )    237- 1        7/5/01

 [A]cc, [S]lct, [E]vry, [C]lr, [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit
 total: 474      selected: 0       current: 84        : p
```